Gina M. Roccanova  (SBN 201594)
Conor J. Dale  (SBN 274123)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:     (415) 394-9400
Facsimile:     (415) 394-9401
E-mail:  gina.roccanova@jacksonlewis.com
         conor.dale@jacksonlewis.com

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISO

Angela M. Alioto (SBN 130328)
Steven L. Robinson (SBN 116146)
Angela Veronese (SBN 269942)
Jordanna G. Thigpen (SBN 232642)
LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, California 94111-2104
Telephone:     (415) 434 8700
Facsimile:     (415) 438-4638
Email: srobinson@aliotolawoffice.com
Email: jgt@aliotolawoffice.com

Attorneys for Plaintiff
DONNA JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA JAMES,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>       Defendant. | Case No.  3:21-cv-02939-RS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii) AND  ORDER** |

Pursuant to F.R.C.P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear its own attorneys' fees and costs. This stipulation is made as the matter has been resolved.

Dated: December 20, 2022          **JACKSON LEWIS P.C.**

By:   */s/Conor J. Dale*
      Gina M. Roccanova
      Conor J. Dale
      Attorneys for Defendant
      CITY AND COUNTY OF SAN FRANCISCO

Dated: December 20, 2022          **LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO**

By:   */s/Angela Veronese*
      Angela M. Alioto
      Steven L. Robinson
      Angela Veronese
      Jordanna Thigpen
      Attorneys for Plaintiff
      RACHELL EVANS

Pursuant to Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories to this document.

*/s/Conor J. Dale*

**ORDER**

The Court, upon consideration of the parties' Joint Stipulation and [Proposed] Order to dismiss, grants the parties' request and dismisses the action with prejudice, all parties to bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December 20, 2022

_____
United States District Court Judge

4869-8147-0789, v. 1